SEYFARTH SHAW
Timothy F. Haley (pro hac vice)
THaley@Seyfarth.com
Eric M. Steinert (State Bar No.:168384)
ESteinert@Seyfarth.com
David Van Pelt (State Bar No.: 163690)
DVANPELT@SEYFARTH.COM
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
FREEDOM COMMUNICATIONS, INC.
dba THE ORANGE COUNTY REGISTER

CALLAHAN & BLAINE
A Professional Law Corporation
Daniel J. Callahan (State Bar No.: 91490)
Daniel@Callahan-law.com
Michael J. Sachs (State Bar No.: 134468)
Michael@Callahn-law.com
Javier Van Oordt (State Bar No.: 184879)
JVanOordt@Callahan-law.com
Kathleen L. Dunham (State Bar No.: 98653)
KDunham@Callahan-law.com
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
(714) 241-4444/(714) 241-4445 [FAX]

COHELAN & KHOURY
Timothy D. Cohelan (State Bar No.: 60827)
TCohelan@Ck-Lawfirm.com
Isam C. Khoury (State Bar No.: 58759)
IKhoury@CK-Lawfirm.com
Michael D. Singer (State Bar No.: 115301)
MSinger@CK-Lawfirm.com
Peggy Reali (State Bar No.: 153102)
PReali@CK-Lawfirm.com
605 "C" Street, Suite 200
San Diego, CA 92101
(619) 595-3001/(619) 595-3000 [FAX]

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

STIPULATION RE: REMAND

| | |
|---|---|
| NELSON GONZALEZ, MARCO GARCIA, REYMUNDO GARCIA, AYMER AVILA, JULIAN NUNEZ, LUIS A. ARTEAGA, JUAN CARLOS TORRES, ROBERTO LOPEZ, AND NESTOR ALVAREZ, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FREEDOM COMMUNICATIONS, INC. DBA THE ORANGE COUNTY REGISTER, a California corporation; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. SACV06-1244 CJC (MLGx)<br><br>Judge: Cormac J. Carney<br>Dept.: 9B<br>(OCSC Case No. 03CC08756, CX 101)<br><br>Complaint Filed: July 7, 2003<br>Trial Date: No Date Set<br><br>**STIPULATION RE: REMAND; [PROPOSED ORDER]** |

WHEREAS, the parties acknowledge and agree that Plaintiffs filed a Third Amended Complaint in this action in this Court on or about March 6, 2007;

WHEREAS, the parties acknowledge and agree that Plaintiffs have voluntarily dismissed all claims for employee benefits under any of Defendant's benefits plans, including those governed by the Employee Retirement Income Security Act of 1974, 29 U.S.C. §§ 1001, et seq. ("ERISA");

WHEREAS, the parties acknowledge and agree that the Court should find such dismissal of all claims for employee benefits by Plaintiffs to be without prejudice;

- 2 -
STIPULATION RE: REMAND

LA1 66249901.2

1  NOW, THEREFORE, THE PARTIES HERETO STIPULATE: (1)
2  Paragraph Three of the Prayer for Damages shall be stricken from the Third
3  Amended Complaint; (2) The case should be remanded forthwith to Orange
4  County Superior Court, Complex Division; (3) Defendant shall have thirty (30)
5  days from the effective date of the remand to answer or otherwise respond to the
6  Third Amended Complaint.

8  DATED: March 22, 2007                SEYFARTH SHAW

10                                       By _____
11                                       Eric M. Steinert
                                         Attorneys for Defendant
12                                       FREEDOM COMMUNICATIONS,
                                         INC. DBA THE ORANGE COUNTY
13                                       REGISTER

14 DATED: March 21, 2007                 CALLAHAN & BLAINE

16                                       By _____
                                         Javier Van Oordt

18 DATED: March 20, 2007                 COHELAN & KHOURY

20                                       By _____
                                         Timothy D. Cohelan

22                                       Attorneys for Plaintiffs
                                         NELSON GONZALEZ, REYMUNDO
23                                       GARCIA, AYMER AVILA, JUAN
                                         CARLOS TORRES, AND JULIAN
24                                       NUNEZ

- 3 -
STIPULATION RE: REMAND

LA1 6624901.2

## ORDER

The Court hereby orders as follows:

On or about February 26, 2007, the Court denied Plaintiffs' Motion to Remand in this matter. At the hearing on Plaintiffs' Motion to Remand, the Court granted Plaintiffs leave to file a Third Amended Complaint. On or about March 6, 2007, Plaintiffs filed a Third Amended Complaint in this action.

The Court has reviewed the Third Amended Complaint, and determines that Plaintiffs have voluntarily dismissed any claim for employee benefits under any of Defendant's benefits plans, including those governed by the Employee Retirement Income Security Act of 1974, 29 U.S.C. §§ 1001, et seq. ("ERISA"). The Court finds that no federal claim is pled in Plaintiffs' Third Amended Complaint and, therefore, that no basis exists for federal jurisdiction in this matter.

Accordingly, this case is ordered remanded to the Orange County Superior Court, Complex Division. The Parties have stipulated that Defendant shall have thirty (30) days from the effective date of remand to answer or otherwise respond to the Third Amended Complaint.

IT IS SO ORDERED

DATED: March 23, 2007

By _____
JUDGE OF THE UNITED STATES
DISTRICT COURT, CENTRAL
DISTRICT OF CALIFORNIA

- 4 -
STIPULATION RE: REMAND

LAI 6624901.2

# PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        ) ss
COUNTY OF LOS ANGELES   )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 2029 Century Park East, Suite 3300, Los Angeles, California 90067-3063. On March 22, 2007, I served the within document:

STIPULATION RE: REMAND; [PROPOSED] ORDER

☐ I sent such document from facsimile machine (310) 201-5219 on March 22, 2007. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (310) 201-5219 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below.

☐ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

Timothy D. Cohelan/Isam C. Khoury/Michael D. Singer/Peggy Reali
Cohelan & Khoury
605 "C" Street, Suite 200
San Diego, CA  92101

Daniel J. Callahan/Michael J. Sachs/Javier Van Oordt/Kathleen L. Dunham
Callahan & Blaine
3 Hutton Centre Drive, Suite 900
Santa Ana, California 92707

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 22, 2007, at Los Angeles, California.

Stella Gardiner

LA1 6435895.2